1  STEPHANIE M. HINDS (CABN 154284)
   Acting United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ROBERT DAVID REES (CABN 229441)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       Email: Robert.rees@usdoj.gov
8

9  Attorneys for United States of America

**FILED**

Oct 07 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  OAKLAND DIVISION

13  UNITED STATES OF AMERICA,          )  CASE NO.   4:21-mj-71590-MAG
                                       )
14          Plaintiff,                 )  NOTICE OF PROCEEDINGS ON OUT-OF-
                                       )  DISTRICT CRIMINAL CHARGES PURSUANT TO
15      v.                             )  RULES 5(c)(2) AND (3) OF THE FEDERAL
                                       )  RULES OF CRIMINAL PROCEDURE
16  MICHAEL SHIRLEY,                   )
                                       )
17          Defendant.                 )
    _____)
18

19          Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure

20  that on October 6, 2021, the above-named defendant was arrested pursuant to an arrest warrant (copy

21  attached) issued upon an

22          x       Indictment

23          □       Information

24          □       Criminal Complaint

25          □       Other (describe) _____

26  pending in the Middle District of Pennsylvania, Case Number 3:21-CR-00107 MEM.

27          In that case (copy of indictment attached), the defendant is charged with violating:

28  Counts One and Six: - 21 U.S.C. § 841(a)(1) - Possession with intent to distribute fentanyl.

v. 7/10/2018

1    <u>Counts Two through Five and Seven</u>: - 21 U.S.C. § 841(a)(1) – Distribution and possession with

2    intent to distribute methamphetamine.

3    <u>Count Eight</u>: - 21 U.S.C. § 841(a)(1) - Possession with intent to distribute cocaine.

4    <u>Count Nine</u>: - 18 U.S.C. § 924(c) – Possession of a firearm in furtherance of a drug trafficking

5    crime.

6    <u>Count Ten</u>: - 18 U.S.C. § 922(g)(1) – Felon in possession of a firearm.

7    Description of Charge:  Drug trafficking and firearm possession.

8    The maximum penalties are as follows:

9    <u>Counts One through Eight</u>: - As to each count, maximum prison terms of 20 years, up to

10   $1,000,000 in fines, mandatory minimums of 3 years' supervised release up to life, $100 mandatory

11   special assessments; forfeiture, restitution, and potential deportation.

12   <u>Count Nine</u>: - mandatory minimum of 5 years' imprisonment up to life, up to $250,000 fine, up

13   to 5 years' supervised release, a $100 mandatory special assessment; forfeiture, restitution, and potential

14   deportation.

15   <u>Count Ten</u>: - up to 10 years' imprisonment, up to $250,000 fine, up to 3 years supervised release,

16   a $100 mandatory special assessment; forfeiture, restitution, and potential deportation.

17

18   DATED:  October 7, 2021                     Respectfully submitted,

19                                               STEPHANIE M. HINDS
                                                 Acting United States Attorney

20

21                                                /s/ *Robert D. Rees*

22                                               _____

23                                               ROBERT D. REES
                                                 Assistant United States Attorney

24

25

26

27

28

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Middle District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.   3:21-CR-107 |
| MICHAEL SHIRLEY | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

*FILED*
*WILKES BARRE*
*APR 14 2021*
PER _____
*DEPUTY CLERK*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MICHAEL SHIRLEY                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Distribute and possess with intent to distribute a controlled substance

Date:     04/14/2021

*Joseph F. Saporito, Jr.*
_____
*Issuing officer's signature*

City and state:   Wilkes-Barre, Pennsylvania

Joseph F. Saporito, Jr., U.S. Magistrate Judge
_____
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                    _____<br>*Arresting officer's signature*<br><br>Joseph F. Saporito, Jr., U.S. Magistrate Judge<br>*Printed name and title* |

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

           v.

MICHAEL SHIRLEY,

           Defendant.

:
:
:
:
:
:
:
:

No. 3:21-CR- 107

(Judge      )

FILED
SCRANTON
APR 13 2021
PER _____
DEPUTY CLERK

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about October 26, 2020, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

**MICHAEL SHIRLEY,**

did knowingly and intentionally distribute and possess with intent to distribute a substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 2

On or about October 29, 2020, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

### MICHAEL SHIRLEY,

did knowingly and intentionally distribute and possess with intent to distribute a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

On or about November 5, 2020, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

### MICHAEL SHIRLEY,

did knowingly and intentionally distribute and possess with intent to distribute a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

2

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

On or about November 16, 2020, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

**MICHAEL SHIRLEY,**

did knowingly and intentionally distribute and possess with intent to distribute a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 5

On or about December 1, 2020, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

**MICHAEL SHIRLEY,**

did knowingly and intentionally distribute and possess with intent to distribute a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 6

On or about December 4, 2020, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

**MICHAEL SHIRLEY,**

did knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

THE GRAND JURY FURTHER CHARGES:

## COUNT 7

On or about December 4, 2020, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

**MICHAEL SHIRLEY,**

did knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

4

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 8

On or about December 4, 2020, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

### MICHAEL SHIRLEY,

did knowingly and intentionally possess with intent to distribute a substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 9

On or about December 4, 2020, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

### MICHAEL SHIRLEY,

did knowingly possess firearms, namely, a 9mm Smith and Wesson SD9VE pistol, S/N FYB3983, and an Armalite 5.56mm M15 rifle, S/N US363908, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, the unlawful

distribution and possession with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of 21, U.S.C. Section 841(a)(1).

All in violation of Title 18, United States Code, Section 924(c).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 10</u>

On or about December 4, 2020, in Luzerne County, within the Middle District of Pennsylvania, the defendant,

**MICHAEL SHIRLEY,**

knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, namely, a 9mm Smith and Wesson SD9VE pistol, S/N FYB3983, and an Armalite 5.56mm M15 rifle, S/N US363908, said firearms having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

THE GRAND JURY FURTHER CHARGES:

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 10 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

Pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 18, United States Code, Sections 924(c) and (a)(2), Title 18, United States Code, Section 922(g), Title 21, United States Code, and Section 841(a)(1), the defendant,

### MICHAEL SHIRLEY,

shall forfeit to the United States of America any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of said offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offenses. The property to be forfeited includes, but is not limited to, the following:

7

a.     a 9mm Smith and Wesson SD9VE pistol, S/N FYB3983;

b.     an Armalite 5.56mm M15 rifle, S/N US363908;

c.     Assorted pistol and rifle ammunition

d.     2 ballistic vests

If any of the forfeitable property described above, as a result of any act or omission of the defendant:

a.     cannot be located upon the exercise of due diligence;

b.     has been transferred or sold to, or deposited with, a third party;

c.     has been placed beyond the jurisdiction of the court;

d.     has been substantially diminished in value; or

e.     has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c), and Title 21, United States Code, Section 853.

A TRUE BILL

BRUCE D. BRANDLER
Acting United States Attorney

By: _James M. Buchanan_ /JPR
JAMES M. BUCHANAN
Assistant United States Attorney

Date: 4·13·2021